

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00829-CV

JAMES LEGGETT, Appellant

V.

LINCOLN MANUFACTURING, Appellee

Appeal from the County Court at Law No. 3 of Harris County (Tr. Ct. No. 1038119)

**TO THE COUNTY COURT AT LAW NO. 3 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 24th day of February, 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

Appellant, James Leggett, has neither established indigence nor paid, or made arrangements to pay, all the required fees. Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that the appellant, James Leggett, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 24, 2015.

Per curiam opinion delivered by panel consisting of Justices
Jennings, Higley, and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in
this behalf and in all things to have it duly recognized, obeyed, and executed.

May 8, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

